HENRY HARGROVE v. THE STATE.

No. 4512.    Decided June 13, 1917.

Rape—Statement of Facts—Bills of Exception.

Where the statement of facts and bills of exception were filed so long after the adjournment of the trial court that they can not be considered, the judgment must be affirmed.

Appeal from the District Court of Delta.   Tried below before the Hon. Wm. Pierson.

Appeal from a conviction of rape; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks*, Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of rape and awarded five years confinement in the penitentiary.

The statement of facts is filed so long after the adjournment of court it can not be considered. There is but one bill of exceptions in the record, and it is in the same condition. With these matters eliminated there is nothing set up in the motion for new trial that can be reviewed or revised.

The judgment, therefore, on the record as it stands will be affirmed.

*Affirmed.*